UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. MCNAIR, SR., | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 1:20-cv-00261-SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of movant Michael A. McNair, Sr. for an extension of time in which to file his response to the Court's show cause order of December 10, 2020. (Docket No. 4). In support of the motion, movant's counsel states that he entered his appearance on December 30, 2020, and requires additional time to file a response. Counsel for movant requests an additional two weeks. Good cause being show, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for an extension of time to file his show cause response (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that movant shall have **fourteen (14) days** from the date of this order in which to file a response to the Court's December 10, 2020 order to show cause.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the denial and dismissal of this motion without further proceedings and without further notice.

Dated this 12th day of January, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE